**GLUCK LAW FIRM P.C.**
Jeffrey S. Gluck (SBN 304555)
2125 S. Beverly Drive
Los Angeles, California 90034
Telephone: 310.776.7413

**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CV COLLECTION, LLC, a New York limited liability company, d/b/a The Great Eros;<br><br>Plaintiff,<br><br>v.<br><br>WEWOREWHAT, LLC, a New York limited liability company; ONIA, LLC D/B/A WWW APPAREL, a New York limited liability company; DANIELLE BERNSTEIN, an individual; SAKS FIFTH AVENUE, INC., a New York corporation; BOP, LLC, a Wisconsin limited liability company; CARBON 38, INC., a Delaware corporation; and DOES 1-10 inclusive.<br><br>Defendants. | 2:20-cv-10290-RGK-AS<br><br>Judge: Hon. R. Gary Klausner<br><br>**DECLARATION OF DAVID ERIKSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS WEWOREWHAT, LLC, ONIA, LLC, AND DANIELLE BERNSTEIN'S MOTION TO DISMISS, STAY, OR TRANSFER**<br><br>[FILED CONCURRENTLY WITH MEMORANDUM OF LAW]<br><br>**DATE: MARCH 1, 2021**<br><br>**TIME: 9:00A**<br><br>**COURTROOM: 850** |

# DECLARATION OF DAVID ERIKSON

I, David Erikson, declare as follows:

1. I am an attorney admitted to practice before all Courts of the state of California and before this Court. I am one of the attorneys of record for Plaintiff CV Collection, LLC d/b/a The Great Eros ("Plaintiff"). I present this declaration in support of Plaintiff's opposition to the motion to dismiss, stay, or transfer filed by defendants Weworewhat LLC ("WWW"), Onia, LLC ("Onia"), and Danielle Bernstein ("Bernstein" and, collectively with WWW and Onia, the "Bernstein Defendants"). The facts stated below are based on my own personal knowledge.

2. In addition to the Bernstein Defendants, there are three other defendants named in this action, defendants Saks Fifth Avenue, Inc. ("Saks"), Bop LLC ("Bop"), and Carbon 38, Inc. ("Carbon"). Saks, Bop, and Carbon are not parties to the Bernstein Defendants' motion to dismiss, stay, or transfer.

3. All named defendants have been served in this action. Defendants Saks and Carbon are represented by the same attorneys representing the Bernstein Defendants. At the defendants' request, Plaintiff stipulated to an extension of time for Saks, Carbon, and Bop to answer the complaint. Following the extensions, Saks and Carbon's answers are due March 1, 2021. Bop's answer is due March 11, 2021.

4. I am also representing Plaintiff in the declaratory judgment action filed in New York (the "NY DJ Action") by WWW and Onia. The parties to the NY DJ Action have advised the New York Court (Judge Paul A. Engelmayer) of the pendency of this action and have discussed the possibility of the actions being consolidated and tried together in New York. Judge Englemayer has also been informed of Plaintiff's agreement to proceed in New York and has set a case schedule that contemplates litigation of all claims there.

5. Rather than waste judicial resources in continuing to dispute the locale for this action Plaintiff offered to stipulate to transfer this action to New York and consolidate the NY DJ Action and this action. The Bernstein Defendants

1  inexplicably refused that offer even though they seek that very relief—to transfer the
2  action to New York—in their motion to dismiss, stay, or transfer.
3        I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.
5        Executed on February 8, 2021 at Los Angeles, California.

\_\_\_\_\_/s/_____
David Erikson